

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00009-CR

DAMIEN O'KEITH LAWSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2021F00028

Before Stevens, C.J., van Cleef and Rambin, JJ.

ORDER

Our review of the clerk's record and the reporter's record in this matter indicates that they contain unredacted "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The clerk's record includes the name of a person who was a minor at the time the offense was committed. Likewise, volumes two through five of the reporter's record and State's exhibits 3 and 4a through 4d include the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record, volumes two through five of the reporter's record, and State's exhibits 3 and 4a through 4d contain unredacted sensitive data, we order the clerk of this Court, or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's record, volumes two through five of the reporter's record, and State's exhibits 3 and 4a through 4d.

IT IS SO ORDERED.

BY THE COURT

Date: January 27, 2023

2